Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JUNG TAE HWA CORPORATION, a California corporation; STEVEN A. SOKOL, individually and as trustee of the ALFRED L. SOKOL AND DOROTHE SOKOL FAMILY TRUST DATED 8/9/1990; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10691-SVW-SK<br><br>Hon. Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: November 23, 2020<br><br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1 | The Plaintiff hereby notifies the Court that a global settlement has been
2 | reached in the above-captioned case and the Parties would like to avoid any
3 | additional expense, and to further the interests of judicial economy.
4 | The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5 | set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6 | parties, will be filed within 45 days.

Dated: April 5, 2021 **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
Carmen John Perri

NOTICE OF SETTLEMENT